UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORU TRIFU,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN AIROSO and DIANA GARRISON,<br><br>Defendants. | No. 2:23-cv-1993-TLN-SCR<br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Before the Court is Plaintiff's request for an update on the status of the case, filed on September 28, 2026. ECF No. 14.

Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP") alongside his Complaint on September 15, 2023. ECF Nos. 1-2. This Complaint asserted claims under 42 U.S.C. § 1983 against Brian Airoso and Diana Garrison in their capacity as officers of the Folsom Police Department ("Fulsom PD") for unlawful seizure and use of excessive force. ECF No. 1 at 2-3. The Complaint also sought sanctions against the Folsom PD itself. *Id.* at 1, 3.

When screening the Complaint on November 30, 2023, Magistrate Judge Deborah Barnes[1] found that Plaintiff had asserted cognizable claims against Airoso and Garrison, but failed to

[1] This case was reassigned to the undersigned on August 6, 2024 following Judge Barnes' retirement from the bench. ECF No. 12.

plead sufficient facts to find the Folsom PD liable. ECF No. 4 at 4-6. The order permitted Plaintiff to amend the Complaint within 28 days to plead such facts, with the caveat that such a First Amended Complaint ("FAC") would be subject to screening and must be complete without reference to the original Complaint. *Id.* at 6, n.1. Alternatively, if Plaintiff chose to proceed against Defendants Airoso and Garrison by providing the required materials for service of process, the Court would interpret this "as consent to the dismissal of all other defendants and all other claims without prejudice." *Id.* at 7. Accordingly, summons were issued as to these Defendants. ECF No. 5.

Plaintiff filed an FAC on December 6, 2023. ECF No. 8. Despite this, the summons as to both Airoso and Garrison were returned unexecuted on January 22, 2024. ECF Nos. 9-10. This implies that Plaintiff did not provide the materials required for service of process, and therefore forfeited his right to bring this particular action against Fulsom PD.

The process receipts, meanwhile, assert that service was not completed because neither Airoso nor Garrison were Fulsom PD officers as of January 10, 2024, and supervisor records did not include a forward address for either Defendant. ECF Nos. 9-10. It is the responsibility of Plaintiff to find a service address for either Defendant through alternative means. Plaintiff is therefore responsible for the failure to serve either Defendant in the past two years.

Plaintiff is ORDERED TO SHOW CAUSE, within 21 days of this order, as to why this action should not be dismissed for failure to prosecute. Alternatively, proof that Plaintiff has successfully served Defendants Airoso and Garrison will discharge this order. Failure to take any of these actions within 21 days of this order will result in the undersigned recommending that this case be dismissed by the district judge assigned to this case.

SO ORDERED.

DATED: October 27, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE